NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

12-753 consolidated with 12-752

TASHA CEASAR THIBODEAUX

VERSUS

KEITH THIBODEAUX

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20094854
HONORABLE ANNE LENNAN SIMON, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Marc T. Amy, Elizabeth A. Pickett, and Billy Howard Ezell, Judges.

APPEAL DISMISSED.

Roshell Jones
Attorney at Law
405 W. Main Street Suite 107
Lafayette,, LA 70501
(337) 504-3437
COUNSEL FOR PLAINTIFF-APPELLANT:
    Tasha Ceasar Thibodeaux

Keith Thibodeaux
In Proper Person
311 Ashland Park Drive
Lafayette, LA 70508
COUNSEL FOR DEFENDANT-APPELLEE:
    Keith Thibodeaux

**PICKETT, Judge.**

The appellant, Tasha Thibodeaux, filed a motion for appeal bearing the docket numbers of two consolidated cases, 20094824 and 20094854. In this court, these cases were docketed at 12-752 and 12-753, respectively. On review of the record in this case, we find that the judgment rendered in the lower court only bears one docket number, 20094824. We find no appealable judgment in 20094854. The appeal in this case is therefore dismissed.

**APPEAL DISMISSED.**